**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Ricky Brown | ) | Chapter 13 |
| | ) | Case No. 24 B 08659 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

### NOTICE OF MOTION

Ricky Brown
1000 E. 53rd Street #624
Chicago, IL  60615
via U.S. Mail

Debtor Attorney: Stahulak & Associates
via Clerk's ECF noticing procedures

 PLEASE TAKE NOTICE that on August 13, 2024 at 10:00 am, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, **either** in Dirksen Federal Building, 219 S. Dearborn St, Courtroom 642, Chicago, IL  60604 **or** electronically as described below, and present this motion of the Standing Trustee to Dismiss this case, a copy of which is attached.

 **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

 **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

 **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

 **Meeting ID and passcode.** The meeting ID for this hearing is 161 319 7225 and the passcode is 584922. The meeting ID and passcode can also be found on the judge's page on the court's web site.

 **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:   /s/ MARILYN O. MARSHALL

### CERTIFICATE OF SERVICE

 I, Marilyn O. Marshall, an attorney, certify under penalty of perjury that I served a copy of this notice and the attached motion on each entity shown above at the address shown and by the method indicated on the list on Monday, August 5, 2024.

/s/ MARILYN O. MARSHALL

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | |
|---|---|
| IN RE: Ricky Brown ) | Chapter 13 |
| ) | Case No. 24 B 08659 |
| Debtor(s) ) | Judge A. Benjamin Goldgar |

**Motion to Dismiss Case For Unreasonable Delay**

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 06/12/2024.

2. The debtor(s) have failed to commit all disposable income to the plan.

3. The debtor(s) have failed to amend schedule B to list the value of their assets.

4. Debtor has failed to amend Schedule J to add housing association dues.

5. Debtor has failed to provide proof of the 122C-2 form, lines 9 and 46.

6. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300